UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-21891-CIV-MORENO

ORLANDO SANCHEZ,

    Plaintiff,

vs.

SWIRE PACIFIC HOLDINGS, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO REMAND

THIS CAUSE came before the Court upon Plaintiff's Amended Motion to Remand (**D.E. No. 19**), filed on **August 19, 2009**. THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is **GRANTED**. As there is not complete diversity of citizenship among the parties, this Court lacks jurisdiction under 28 U.S.C. § 1332. Accordingly, it is further

**ADJUDGED** that this case be, and the same is hereby, **REMANDED** to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. The Clerk of the Court is hereby directed to take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of September, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record